FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYLE JAMES EDSALL,<br><br>Defendant. | No. 1:24-CR-02080-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND DENYING WITH LEAVE TO RENEW DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 42, 43** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 42) and related Motion to Expedite (ECF No. 43). Defendant was represented by Assistant Federal Defender Jennifer Barnes.

Defendant requests that the Court modify Special Condition No. 7 to allow Defendant to return to work at Legends Casino. ECF No. 42. The United States agrees with Defendant's request, and United States Probation/Pretrial Services has no objection. *Id.*

Presently, Special Condition No. 7 restricts Defendant to his residence at all times except for medical necessities and court appearances. ECF No. 31. When the Court imposed the condition, the Court indicated that Defendant could ask the Court to review the condition if he obtained employment.

ORDER - 1

Since filing the Motion to Modify Conditions of Release, defense counsel has informed the Court that Defendant is still awaiting a hiring decision from Legends Casino. Therefore, the Court denies Defendant's motion at this time. If Defendant is hired at the casino or elsewhere, Defendant may renew his motion.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 43**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 42**) is **DENIED WITH LEAVE TO RENEW**.

**IT IS SO ORDERED.**

DATED April 3, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2