FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYLE JAMES EDSALL,<br><br>Defendant. | No. 1:24-CR-02080-MKD-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF Nos. 45, 46** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 45) and related Motion to Expedite (ECF No. 46). Defendant was represented by Assistant Federal Defender Jennifer Barnes.

Defendant requests that the Court modify Special Condition No. 7 to allow Defendant to work at a 7-11 store, where he has been offered a job. ECF No. 45. Both the United States and United States Probation/Pretrial Services agree with Defendant's request. *Id.*

Presently, Special Condition No. 7 restricts Defendant to his residence at all times except for medical necessities and court appearances. ECF No. 31. When the Court imposed the condition, the Court indicated that Defendant could ask the Court to review the condition if he obtained employment. Because Defendant has

ORDER - 1

obtained employment, and both the United States and Defendant are in agreement, the Court grants Defendant's motion.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 46**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 45**) is **GRANTED**.

3. **Special Condition No. 7 (ECF No. 31) is MODIFIED** in its entirety to read **as follows:**

> **7. Defendant shall be restricted to his approved residence at all times, except for medical necessities, court appearances, employment, or other activities specifically approved by the Court.**

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 7, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2